

444 Cass Street, STE D, Traverse City, MI 49684
855.473.8474 / revisionlegal.com

January 8, 2026

Hon. Fredric Bloc
United States District Court Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201
Courtroom: 13A—South Wing

Subject: CC Brand Holdings, LLC v. Diamonds Painting, Inc. et al., Case No. 1:26-cv-49; Status Update re Scheduling Order

Dear Hon. Judge Bloc

    We write on behalf of Plaintiff CC Brand Holdings, LLC in the matter of CC Brand Holdings, LLC v. Diamonds Painting, Inc. et al., Case No. 1:26-cv-49, in response to the Court's scheduling order of January 8, 2026, which required Plaintiff to provide proof of service to the Court by 5:00pm today. Upon receiving the Court's order, Plaintiff sent the Complaint, Notice of Motion for Preliminary Injunction, Memorandum in Support of Preliminary Injunction, and associated exhibits to its process server, Undisputed Legal, Inc., located at 118-35 Queens Blvd., Suite 400, Forest Hills, NY 11375, for service upon the Defendants in Flushing, New York. Plaintiff paid for and requested same-day service, and a copy of the receipt from this request is attached to this letter.

    As of the time of the filing of this letter, Plaintiff has contacted Undisputed Legal to request confirmation as to whether the Defendants have been served but has received no response. Specifically, the primary office has notified Plaintiff that these documents are out for service, but they have not yet received confirmation from their process server that they have been served.

    Should these documents be served after the Court's deadline, Plaintiff will provide proof of service to the Court consistent with its order.

Sincerely,

*[signature]*

John Di Giacomo

Thursday, January 8, 2026 at 4:13:50 PM Eastern Standard Time

**Subject:** FW: Your Undisputed Legal Inc. order has been received!
**Date:** Thursday, January 8, 2026 at 4:13:16 PM Eastern Standard Time
**From:** Samantha Arndt <samantha@revisionlegal.com>
**To:** John Di Giacomo <john@revisionlegal.com>

--

Samantha Arndt
Legal Assistant
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(855) 473-8474
www.revisionlegal.com

**From:** Undisputed Legal Inc. <admin@undisputedlegal.com>
**Date:** Thursday, January 8, 2026 at 10:42 AM
**To:** Samantha Arndt <samantha@revisionlegal.com>
**Subject:** Your Undisputed Legal Inc. order has been received!

You don't often get email from admin@undisputedlegal.com. Learn why this is important

# Thank you for your order

Hi Samantha,

Just to let you know — we've received your order #69143, and it is now being processed:

## [Order #69143] (January 8, 2026)

| Product | Quantity | Price |
|---|---|---|
| Order Service<br>Order Type: Process Service<br><br>Name: Diamonds Painting, Inc.<br><br>Address:<br>144-42 Jewel Ave<br>Flushing, New York 11367<br>United States | 1 | $455.75 |

| | |
|---|---|
| **Subtotal:** | $455.75 |
| **Shipping:** | Free shipping |
| **Processing Fee:** | $13.67 |
| **Payment method:** | Credit Card |
| **Total:** | $469.42 |

**Billing address**

*Samantha Troiani*
*444 Cass Street Ste D*
*Traverse City, MI 49684*
*United States (US)*
*12317140100*
*samantha@revisionlegal.com*

**Shipping address**

*Samantha Troiani*
*444 Cass Street Ste D*
*Traverse City, MI 49684*
*United States (US)*

Thanks for using undisputedlegal.com!

Undisputed Legal Inc. — Built with WooCommerce

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Thursday, January 8, 2026 at 4:13:32 PM Eastern Standard Time**

**Subject:** FW: New Order - Process Service - Same Day
**Date:** Thursday, January 8, 2026 at 4:13:20 PM Eastern Standard Time
**From:** Samantha Arndt <samantha@revisionlegal.com>
**To:** John Di Giacomo <john@revisionlegal.com>

--

Samantha Arndt
Legal Assistant
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
(855) 473-8474
www.revisionlegal.com

**From:** Undisputed Legal Inc. <admin@undisputedlegal.com>
**Date:** Thursday, January 8, 2026 at 10:42 AM
**To:** Samantha Arndt <samantha@revisionlegal.com>
**Subject:** New Order - Process Service - Same Day

> You don't often get email from admin@undisputedlegal.com. Learn why this is important

01/08/2026

Thank you for placing an order with Undisputedlegal.com. We are pleased to confirm the details of your order:

Entry ID: 9510

Service Level: Same-Day Service

Date of Order: 01/08/2026

Next Steps:

- A manager will review your service details

- Your documents will be assigned to a server

- Once completed, you will receive an email notification

- The original affidavit will be placed in the mail to you

Confidentiality: Rest assured that all your documents and information are handled with the utmost confidentiality and security.

For Same Day Service:

Your order for our Same Day Service includes the following:

- The first attempt at service will be made the same day business day

- Our process server will make up to 3 attempts at service on varying days and times.

- A completed affidavit detailing the service attempts

Our dedicated process servers will work efficiently to fulfill your service request.

With over 15 years of experience in legal service delivery, we're committed to handling your order with professionalism and efficiency. The first attempt for same-day service is made the same business day, though this may vary based on individual circumstances.

If you need to modify your order or have any additional requirements, please contact our Process Service Department as soon as possible at (800)-774-6922 or [ps@undisputedlegal.com](ps@undisputedlegal.com).

We appreciate your business and are committed to providing you with excellent service. If you have any questions or concerns about your order, please don't hesitate to contact our Process Service Department at (800)-774-6922 or ps@undisputedlegal.com.

Thank you again for choosing Undisputedlegal.com.

Sincerely,

Process Service Department

Undisputedlegal.com

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.